Hans W. Herb (SBN 136018)
LAW OFFICE OF HANS W. HERB
P.O. Box 970
Santa Rosa, CA 95402
Telephone: (707) 576-0757
Email: hans@tankman.com

Xhavin Sinha
SINHA LAW
2445 Augustine Drive, Suite 150
Santa Clara, CA 95054
Telephone: (408) 791-0432
Email: xsinha@sinha-law.com

Attorneys for Plaintiff
EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company,<br><br>                Plaintiff,<br><br>   vs.<br><br>WOODLAND WOOD PRESERVERS, LTD, et al.<br><br>                Defendants. | Case No.: 2:19-cv-01922-JAM-KJN<br><br>**STIPULATION RE: PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANT'S RESPONSE DEADLINE; ORDER** |

Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC ("Plaintiff") and Defendant WOODLAND WOOD PRESERVERS, LTD ("Defendant") by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Defendant filed a Motion to Dismiss in this action on October 23, 2019, the date its response was due to Plaintiff's Complaint;

WHEREAS, Defendant's Motion to Dismiss was dismissed by this Court on November 25, 2019, and Defendant's response remains outstanding; and

WHEREAS, Plaintiff desires to file a First Amended Complaint on January 26, 2020, after the expiration of its Supplemental 60-day Notice issued to Defendant on November 26, 2019.

Based on the foregoing, it is hereby stipulated and agreed between Plaintiff and Defendant as follows:

1. Plaintiff may file a First Amended Complaint in this action on January 26, 2020;
2. Defendant's response to Plaintiff's complaint shall be due on or before February 17, 2020;
3. Plaintiff will not take Defendant's default in the meantime;
4. Defendant's counsel Dorsey & Whitney shall accept service of the First Amended Complaint on behalf of Defendant; and

4832-4611-6014\1

5. This case shall be stayed until the filing of Plaintiff's First Amended Complaint.

IT IS SO STIPULATED.

Dated: December 6, 2019        LAW OFFICE OF HANS W. HERB

By:   */S/ Hans W. Herb*
     Hans W. Herb
     Attorney for Plaintiff

Dated: December 6, 2019

DORSEY & WHITNEY LLP

By:  /s/ *M. Benjamin Machlis*
    M. Benjamin Machlis
    Attorneys for Defendant
    Woodland Wood Preservers, Ltd.

## ORDER

Based upon the foregoing Stipulation of Plaintiff Eden Environmental Citizen's Group and Defendant Woodland Wood Preservers, Ltd., and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

Plaintiff may file a First Amended Complaint in this matter on January 26, 2020;

Defendant's response to Plaintiff's First Amended Complaint shall be due on or before February 17, 2020; and

This case shall be stayed until January 25, 2020.

IT IS SO ORDERED.

Dated: 12/6/2019

/s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE